# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Phillips, Mary Elizabeth**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  Mary Elizabeth Phillips [electronically signed on 05/15/2019 by  Mary Elizabeth Phillips in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Family Trust | Family Trust | Trustee |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | State of Missouri - Salary | |

# IV. Reimbursements

| # | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Missouri Association of Trial Attorneys | 06/22/2018 - 06/23/2018 | Lake Ozark, Missouri | CLE | Hotel room - one night |

# V. Gifts

None

---

# VI. Liabilities

None

---

# VII. Investments and Trusts

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Family Trust (H) (See Section VII) | See Note | | | | | | |
| Country Club Bank Account | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| Adorn, Inc. (2007) | | None | $15,001 - $50,000 | Estimated | | | |
| Brokerage Account #1 (H) | | | | | | | |
| Vanguard Select Value (VASVX) | $5,001 - $15,000 | Int./Div., Dividend | $50,001 - $100,000 | Cash Market | | | |
| UNTS Gugg Flah Crum Prfd - Bond | $1,000 or less | Int./Div., Interest | $15,001 - $50,000 | Cash Market | | | |
| Missouri Env Imp Engy RV - Bond | $1,000 or less | Int./Div., Dividend | $1 - $15,000 | Cash Market | | | |
| Kansas City MO SRA BE/R | None | None | None | Cash Market | | | |
| Kansas City MO SRA BE/R | | | | | Redeemed | 04/17/2018 | $15,000 or less |
| Platte Cnty Mo Reorg - Bond | $5,001 - $15,000 | Int./Div., Gain | None | Cash Market | | | |
| Platte Cnty Mo Reorg - Bond | | | | | Redeemed | 03/01/2018 | $15,001 - $50,000 |
| Bayless Mo Cons Sch - Bond | $1,001 - $2,500 | Int./Div. | $15,001 - $50,000 | Cash Market | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| Kansas City Mo San Swr S - Bond | | $1,001 - $2,500 | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| St. Louis Mo MFC Leashld Assur RV CA V6.34 - Bond | | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Missouri St Health & EDL - Bond | | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Verizon Comm Inc. NTS B/E Bond | | $1,000 or less | Int./Div., Interest | $15,001 - $50,000 | Cash Market | | | |
| California Resource Corp | | $1,000 or less | Int./Div., Dividend | $15,000 or less | Cash Market | | | |
| Colgate Palmolive | | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Diageo Plc new GB Spon ADR | | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Intel Corp | | $1,000 or less | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Johnson & Johnson Com | | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Medtronic | | $1,000 or less | Int./Div. | $50,001 - $100,000 | Cash Market | | | |
| Qualcomm | | $1,000 or less | Int./Div. | $1 - $15,000 | Cash Market | | | |
| Pepsico Inc. | | $1,000 or less | Int./Div., Dividend | $50,001 - $100,000 | Cash Market | | | |
| Rockwell Automation Inc | | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Union Pacific Corp | | $1,000 or less | Int./Div., Dividend | $15,001 - $50,000 | Cash Market | | | |
| Linde PLC Eur | See Note | $1,000 or less | Int./Div., Interest | $15,001 - $50,000 | Cash Market | | | |
| Suncor Energy Inc. | | $1,000 or less | Int./Div. | $1 - $15,000 | Cash Market | | | |
| IsharesT rust DJ US Real Estate ETF (IYR) | | $1,000 or less | Int./Div., Dividend | $50,001 - $100,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Ishares MSCI Emerging Markets ETF (EEM) | $1,001 - $2,500 | Int./Div., Dividend | $15,001 - $50,000 | Cash Market | | | |
| Vanguard Index Funds Mid-Cap Growth (VOT) | $1,000 or less | Int./Div. | $50,001 - $100,000 | Cash Market | | | |
| Vanguard Index Funds Mid-Cap Value (VOE) | $1,001 - $2,500 | Int./Div. | $50,001 - $100,000 | Cash Market | | | |
| Vanguard MSCI Emerging Markets (VWO) | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Vanguard Scottsdale 1000 Growth (VONG) | $1,001 - $2,500 | Int./Div. | $100,001 - $250,000 | Cash Market | | | |
| Matthews Int Pacific Tiger Fund (MAPTX) | $1,001 - $2,500 | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Vanguard Tax-Managed Sm Cap Fund (VTMSX) | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Direxion IDX Cmdty Stg I (DXCIX) | $1,000 or less | Int./Div., Interest | $15,001 - $50,000 | Cash Market | | | |
| Vanguard Scottsdale 2000 Value (VTWV) | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Vanguard Scottsdale 2000 Growth (VTWG) | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Vanguard MSCI ETF (VEA) | $1,001 - $2,500 | Int./Div. | $50,001 - $100,000 | Cash Market | | | |
| Powershares/Invesco DB Commodity Index (DBC) | $1,000 or less | Int./Div., Dividend | $15,000 or less | Cash Market | | | |
| Vanguard Primecap Core (VPCCX) | $1,001 - $2,500 | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| T. Rowe Price Intl Fds (TROSX) | $1,000 or less | Int./Div. | $1 - $15,000 | Cash Market | | | |
| Loomis Sales Growth (LGRCX) | $1,000 or less | Int./Div. | $1 - $15,000 | Cash Market | | | |
| Oakmark Intl Fund Class I (OAKIX) | $1,000 or less | Int./Div. | $1 - $15,000 | Cash Market | | | |
| Vanguard Total Stock Mkt Inx (VTSAX) | $1,000 or less | Int./Div., Interest | $50,001 - $100,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| UBS Deposit Account | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Ishares Russell 2000 Value ETF (IWN) | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Ishares Russell 2000 Value ETF (IWN) | | | | | Purchased | 06/12/2018 | $15,001 - $50,000 |
| Ishares Core SCI Emerging Markets | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Ishares Core SCI Emerging Markets | | | | | Purchased | 01/29/2018 | $15,000 or less |
| Kansas City MO IDA SR A RV (Bond) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Kansas City MO IDA SR A RV (Bond( | | | | | Purchased | 03/20/2018 | $15,001 - $50,000 |
| Osage Sch Lake Ozark MO (Bond) | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Osage Sch Lake Ozark MO (Bond | | | | | Purchased | 06/12/2018 | $15,001 - $50,000 |
| Greene Co Mo Reorg Sch (Bond) | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| Greene Co Mo Reorg Sch (Bond) | | | | | Purchased | 01/29/2018 | $50,001 - $100,000 |
| 457(b) Plan | | | | | | | |
| MO2035 Fund | $1,001 - $2,500 | Interest | $100,001 - $250,000 | Cash Market | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| VII. | 1 | Assets listed in headers 1 and 2 are held in a family trust |

| PART | # | NOTE |
|------|------|------|
| VII. | 2.21 | Previously Praxair, Inc. Merged on 10/31/18 |